# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARIA GALLAGHER, Individually )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>CIS HOSPITALITY, LLC, a Georgia )<br>Limited Liability Company )<br>)<br>*Defendant*. )<br>) | Civil Action No. 1:20-cv-3665 |

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff Maria Gallagher and Defendant CIS Hospitality, LLC, by and through their undersigned counsel, and hereby notify the Court that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. The parties hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time the parties requests that the Court retain jurisdiction over this matter until fully resolved. Should neither party move to reinstate the case or seek other Court intervention in the next sixty (60) days, the parties request the Court dismiss this case.

Respectfully submitted this 4th day of November, 2020.

*/s/ John David W. Huffman*  
Jon David W. Huffman  
Georgia Bar No. 937966  
jjondavid@poolehuffman.com

*/s/ Evan M. Rosen*  
Evan M. Rosen  
Georgia Bar No. 649716  
Evan.Rosen@jacksonlewis.com

| | |
|---|---|
| POOLE HUFFMAN, LLC<br>Building J, Suite 200<br>3562 Habersham at Northlake<br>Tucker, Georgia 30084<br>Telephone: (404) 373-4008<br><br>Jon P. Fuller<br>Pro Hac Vice Pending<br>jpf@fullerfuller.com<br>FULLER, FULLER & ASSOCIATES, P.A.<br>12000 Biscayne Blvd., Suite 502<br>North Miami, Florida 33181<br>Telephone: (305) 891-5199<br>ATTORNEYS FOR PLAINTIFF | JACKSON LEWIS P.C.<br>171 17th Street, NW<br>Suite 1200<br>Atlanta, Georgia 30363<br>Telephone: (404) 525-8200<br>Facsimile:(404) 525-173<br>ATTORNEYS FOR DEFENDANT |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARIA GALLAGHER, Individually )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>CIS HOSPITALITY, LLC, a Georgia )<br>Limited Liability Company )<br>)<br>*Defendant*. )<br>) | Civil Action No. 1:20-cv-3665 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020, I filed the foregoing ***NOTICE OF SETTLEMENT*** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record authorized to receive such filing.

*/s/ Evan M. Rosen*
Evan M. Rosen