UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARIA GALLAGHER, Individually,

    Plaintiff,

vs.                                                      Case No. 1:20-cv-03665-SDG

CIS HOSPITALITY, LLC, a Georgia
Limited Liability Company,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

**FOR THE PLAINTIFF:**

/s/John P. Fuller
Lawrence A. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Lfuller@fullerfuller.com

**FOR THE DEFENDANT:**

/s/Evan Michael Rosen
Evan Michael Rosen, Esq.
GA Bar No. 649716
Jackson Lewis P.C.
Suite 1200
171 17th Street, N.W.
Atlanta, GA 30363
Telephone: (404) 586-1837
Evan.rosen@jacksonlewis.com

Jon David W. Huffman, Esq.
GA Bar No. 937966
Poole Huffman, LLC
Building J; Suite 200
3562 Habersham at Northlake
Tucker, GA 30084
(404) 373-4008
(488) 709-5723 - Facsimile
jondavid@poolehuffman.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 8th day of December, 2020, a true and correct copy of the foregoing has been forwarded via Electronic Mail to attorney for Defendant: Evan Michael Rosen, Esq. at Evan.rosen@jacksonlewis.com.

**/s/ John P. Fuller**

## **CERTIFICATION**

In accordance with Civil Local Rules 5.1C and 7.1D, I hereby certify that this document has been prepared in 14 point, Times New Roman font.